This is a discovery dispute for which the process of bringing to the Court's attention is established by Paragraph G of the parties' Initial Case Management Order (Doc. No. 10). The parties shall certify to the Court that they have conducted an in-person conference to attempt resolution of the issue and, if unsuccessful, shall request a telephone conference with the Magistrate Judge and file a joint statement of the issue in dispute.

*Alistair Newbern*
Alistair E. Newbern
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

**KIMERLY FICKES,**

        Plaintiff,                    Case No. 3:18-cv-00984

v.

                                                   JURY DEMAND

**CRC HEALTH TENNESSE, LLC
d/b/a/ MIRROR LAKE
RECOVERY CENTER**                     Judge Campbell
                                                      Magistrate Newbern

        Defendant.

_____/

## NOTICE OF OBJECTION

Plaintiff, Kimerly Fickes, has been notified by Defendant that it intends to subpoena her personnel file from her current employer, thus interfering with her current employment. Defendant's Counsel's staff has directly contacted by phone her current employer to get additional information, thus interfering with her current employment.[1] Ms. Fickes has provided Defendant her current pay stubs which includes her current benefit information, and which includes the only relevant information. Ms. Fickes has also notified Defendant that she will provide updated information as it becomes available. Ms. Fickes has notified Defendant on multiple occasions that she objects to contact, through subpoena or otherwise, with her current employer because it will interfere with her employment. Further Ms. Fickes has notified Defendant that should it

---

[1] Since Ms. Fickes is in an HR role, she was the party who answered the phone. However, when Ms. Fickes identified herself, the caller from Defense Counsel's office requested to speak to Ms. Fickes' Manager. Ms. Fickes directed the caller to the undersigned's office.

1